NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALCATEL-LUCENT USA INC.,**
*Plaintiff-Appellant,*

v.

**OVERSTOCK.COM, INC.,**
*Defendant-Appellee,*

AND

**NEWEGG, INC.** AND
**MAGNELL ASSOCIATE, INC. (DOING BUSINESS AS NEWEGG.COM),**
*Defendants-Appellees.*

---

2012-1629

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 09-CV-0422, Chief Judge Leonard Davis.

---

ON MOTION

---

ORDER

ALCATEL-LUCENT USA v. OVERSTOCK.COM                2

Alcatel-Lucent USA, Inc. moves without opposition for leave to seek correction of the district court's judgment pursuant to Federal Rule of Civil Procedure 60(a).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

> FOR THE COURT
>
> /s/ Jan Horbaly
> Jan Horbaly
> Clerk

s26